**No. 09-11355. Sammy Pendleton, Petitioner v. United States Medical Center, Springfield, Missouri, et al.**

562 U.S. 1103, 131 S. Ct. 814, 178 L. Ed. 2d 547, 2010 U.S. LEXIS 9464.

December 6, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 875, 131 S. Ct. 184, 178 L. Ed. 2d 110, 2010 U.S. LEXIS 6665.